**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> AUKUR-US, et al., <br><br> Defendants, | Case No. 20-cv-03128 <br><br> **Judge John F. Kness** <br><br> **Magistrate Judge Young B. Kim** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| effortagain | 32 |
| yasudy | 50 |
| aAlaska | 52 |
| guangzhouajun | 70 |

1

Dated this 10th day of August 2020.     Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*

</div>